# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| EDWIN TAVAREZ | ) | 22-mj-5353-JGD |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2015 to February 2020__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Kelly M. Bell

☑ Continued on the attached sheet.

*Complainant's signature*

Kelly M. Bell, FBI Special Agent
*Printed name and title*

Telephonically
Sworn to before me and signed ~~in my presence.~~

Date: **Oct 17, 2022**

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*